# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-0151

_____

WENDY HABEGGER,

    Appellant,

    v.

UNIVERSITY OF WEST FLORIDA,
BOARD OF TRUSTEES, DAVID
DICKEY, and WEAR TV
CHANNEL 3,

    Appellees.

_____

On appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

April 3, 2018

PER CURIAM.

    AFFIRMED.

WOLF, ROBERTS, and WETHERELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Cecile M. Scoon of Peters and Scoon, Panama City, for Appellant.

Larry A. Matthews and Raymond F. Higgins, III of Matthews & Higgins, LLC, Pensacola, for Appellees.